**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
06/28/2024
CT Log Number 546764220

## Service of Process Transmittal Summary

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 HARTFORD PLZ
HARTFORD, CT 06155-0001

**RE:** **Process Served in Louisiana**

**FOR:** Hartford Fire Insurance Company  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ASHLEY BENNETT vs. SMOOTHIE KING |
| **DOCUMENT(S) SERVED:** | Letter, Citation, Petition, Request |
| **COURT/AGENCY:** | 19th District Court, Parish of East Baton Rouge, LA<br>Case # C74964533 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/28/2024 postmarked: "Illegible" |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | 21 DAYS of the date you were served with the petition (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | LATOYA "ELLE" VERDURE<br>TIIE VERDURE LAW FIRM<br>10202 Perkins Rowe, E-160<br>Baton Rouge, LA 70810<br>(225) 205-0453 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/29/2024, Expected Purge Date: 07/04/2024<br><br>Image SOP<br><br>Email Notification,  Michael Johnson  MICHAEL.JOHNSON@THEHARTFORD.COM<br><br>Email Notification,  Fiona Rosenberg  fiona.rosenberg@thehartford.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other

Ex. A-1



**CT Corporation**
**Service of Process Notification**
06/28/2024
CT Log Number 546764220

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



9489 0090 0027 6622 0004 17



HARTFORD FIRE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816



# State of Louisiana
# Secretary of State

06/26/2024

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

HARTFORD FIRE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 749645
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

ASHLEY BENNETT
vs
SMOOTHIE KING, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on: NANCY LANDRY
Served by: B GARAFOLA

Date: 06/25/2024
Title: DEPUTY SHERIFF

No: 1332329



Ex. A-2

**SERVICE COPY**



D14448377

# CITATION

| | |
|---|---|
| **ASHLEY BENNETT** (Plaintiff) | NUMBER C-749645 "33" |
| VS | 19TH JUDICIAL DISTRICT COURT |
| **SMOOTHIE KING AND/OR SMOOTHIE KING FRANCHISES, ET AL** (Defendant) | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

SERVED ON NANCY LANDRY
JUN 25 2024
SECRETARY OF STATE
COMMERCIAL DIVISION

**TO:   HARTFORD FIRE INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 20, 2024.**



*Alice Monaco*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: VIRDURE, LATOYA ELLE**
*The following documents are attached:

**PETITION FOR DAMAGES, REQUEST FOR NOTICE**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

RECEIVED
East Baton Rouge Sheriff Office
JUN 24 2024

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

Ex. A-3

EAST BATON ROUGE PARISH   C-749645
Filed Jun 20, 2024 9:45 AM          33
Deputy Clerk of Court
FAX Received Jun 14, 2024

| | |
|---|---|
| **ASHLEY BENNETT** | **DOCKET NO.:     SECTION:** |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **SMOOTHIE KING AND/OR SMOOTHIE KING FRANCHISES, INC, HMSHOST CORPORATION, HARTFORD FIRE INSURANCE COMPANY, X INSURANCE COMPANY, AND EMPLOYEE** | **EAST BATON ROUGE PARISH**<br><br>**STATE OF LOUISIANA** |
| **FILED: _____** | **_____**<br>**DEPUTY CLERK** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioner, **ASHLEY BENNETT**, a person of legal age of majority, domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents the following Petition for Damages to wit:

1.

Made defendants herein are the following:

A. **SMOOTHIE KING and/or SMOOTHIE KING FRANCHISES, INC**, a foreign company authorized to do and doing business in the State of Louisiana, who can be served through its principle place of business, 1 Terminal Dr., Kenner, LA 70062; and

B. **HMSHOST CORPORATION**, a foreign company authorized to do and doing business in the State of Louisiana, who can be served through its principle place of business, Corporation Service Company, 450 Laurel St., Baton Rouge, Louisiana 70801; and

C. **HARTFORD FIRE INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, in its capacity as liability insurer for **HMSHOST CORPORATION**, who can be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809; and

D. **X INSURANCE COMPANY**, an unknown insurance company doing business in the State of Louisiana, in its capacity as liability insurer for **SMOOTHIE KING**; and

E. **EMPLOYEE**, an unknown person employed by **SMOOTHIE KING and/or HMSHOST CORPORATION**.

2.

The above-named defendants are justly and truly indebted, jointly and *in solido*, unto the Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons:

Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

Ex. A-4

3.

On or about June 22, 2023 at approximately 9:00 a.m., petitioner, ASHLEY BENNETT, entered the Smoothie King at New Orleans Airport (MSY).

4.

The entrance premise area is operated and maintained by Smoothie King and/or HMSHOST CORPORATION at New Orleans Airport (MSY).

5.

At or about the same time, a liquid smoothie-like substance was on or about the entrance floor of the SMOOTHIE KING and airport area.

6.

Shortly thereafter, petitioner, ASHLEY BENNETT slipped upon the smoothie-like substance at entrance to the premise area operated and maintained by Smoothie King at New Orleans Airport (MSY) and/or HMSHOST CORPORATION causing a substantial impact between the petitioners lower back and buttocks area with the smoothie-like substance and the entrance floor.

7.

Lashanti Scott, manager of HMS HOST CORPORATION investigated the fall at the fall site.

8.

Lashanti Scott generated and completed a General Liability-Claim Reporting Form Report (hereinafter referred to as the "incident report").

9.

In the incident report, Lashanti Scott noted "previous guest dropped smoothie."

10.

In the incident report, Lashanti Scott noted floor was "last swept or mopped… at 9:15am [and] inspected by Cape Dumon."


Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

11.

As a result of the slip and fall incident, petitioner, ASHLEY BENNETT, sustained severe and disabling injuries and symptoms including, but not limited to: head, neck, back, buttock and other injuries and symptoms which will be evident during discovery and more fully established at trial, and suffered the following damages: physical pain and suffering - past, present and future; mental pain, anguish and distress - past, present and future; loss of enjoyment of life - past, present and future; lost wages - past, present and future; disability - past, present and future; impairment of earning capacity - past, present and future; medical expenses - past, present and future; and other elements of damages to be more fully set forth at the trial of this matter.

12.

At the time of the incident, SMOOTHIE KING and/or HMSHOST CORPORATION, as the owner, management and/or operator of premise caused and/or knew or, in the exercise of reasonable care, should have known of the existence of the hazardous condition but failed to (1) properly notify who was to maintain and ensure the safety of its premise, (2) properly ensure the safety of its entrance and premise, (3) adequately warn or notify the nearby, unwary guests and travelers, including ASHLEY BENNETT of hazardous conditions, (4) inspect the entrance and premise prior to guests entering the premise, and (5) perform other prudent acts as responsible under the circumstances, in violation of LSA-C.C. art. 2315.

13.

SMOOTHIE KING and/or HMSHOST CORPORATION is vicariously liable for the actions, negligence, and fault of its employees under the theory of respondeat superior as codified in LSA-C.C. ART. 2320.

14.

Petitioner avers that defendants, SMOOTHIE KING and/or HMSHOST CORPORATION, are liable for all the petitioner's injuries and damages under the doctrine of res ipsa loquitur, as the circumstances surrounding this incident are such that they would not normally occur in the absence of negligence; the condition and maintenance of the entrance and premise was in the control of SMOOTHIE KING and/or HMSHOST CORPORATION, and thus, the negligence falls within the duty of care owed to the petitioner.


Certified True and Correct Copy
CertID: 2024062001000

*Alice Monaco*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

15.

Petitioner avers that the proximate and actual cause of the petitioner's injuries and damages was the fault and negligence of SMOOTHIE KING and/or HMSHOST CORPORATION in its ownership, operation and/or management, and SMOOTHIE KING and/or HMSHOST CORPORATION in operation of the entrance floor in question, which is described in part, but not exclusively, above and as follows:

1) in creating an unreasonable risk of harm;

2) in violating safety rules required for the safety of its guests;

3) in taking less precaution than that which would be necessary to prevent the fall in light of the type and magnitude of harm that would be expected from such conduct as compared to the minimal burden of prevention (Risk/Utility);

4) in causing the unreasonably dangerous condition through prior acts and/or omissions;

5) in failing to take the necessary steps to adequately inspect the premise for potentially hazardous conditions;

6) in failing to remedy the unreasonably dangerous condition despite the fact that it knew or, in exercise of reasonable care, should have known of the unreasonably dangerous condition;

7) in failing to provide adequate warning or notice to its drivers of the unreasonably dangerous condition;

8) in exercising less care than that which would be expected of an ordinarily prudent restaurant or similar entity under the same or similar circumstances;

9) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish traffic regulations ordinances.

16.

Petitioner avers that the that after a reasonable opportunity for further investigation or discovery, the evidence will show:

(a).

At the time of the incident, **HMSHOST CORPORATION and/or SMOOTHIE KING** was an employer of **Employee.**


Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

*alice Monaco*

Generated Date:
6/20/2024 3:47 PM

(b).

At the time of the incident, **Employee** was performing his job duties and responsibilities, including maintaining subject premise area of **HMSHOST CORPORATION and/or SMOOTHIE KING**.

(c).

At the time of the incident, **Employee** was being paid by **HMSHOST CORPORATION and/or SMOOTHIE KING**.

(d).

At the time of the incident, there was an unreasonable hazard at the entrance of the premise area operated and/or maintained by **HMSHOST CORPORATION and/or SMOOTHIE KING**.

17.

Defendant, **HMSHOST CORPORATION and/or SMOOTHIE KING,** is vicariously liable for the aforementioned fault, incompetence, and negligence of **Employee** under LSA-C.C. art. 2317 and, upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show:

(a).

At the time of the incident, **HMSHOST CORPORATION and/or SMOOTHIE KING** was the owner of the premise **entrance area(s)**.

(b).

At or about the time of the incident, **Employee** had permission, assignment, and duty from **HMSHOST CORPORATION and/or SMOOTHIE KING** to maintain premise area(s).

(c).

At the time of the incident, **HMSHOST CORPORATION and/or SMOOTHIE KING** knew or should have known that **Employee** was a careless, incompetent, and/or reckless employee.

(d).

At the time of the incident, **HMSHOST CORPORATION and/or SMOOTHIE KING** knew or should have known that risks associated with allowing **Employee** to maintain premise area(s) included **Employee's** failure to properly maintain premise.


Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

18.

At the time of the incident, **HMSHOST CORPORATION and/or SMOOTHIE KING** was the statutory employer of **Employee** and is, therefore, vicariously liable as a matter of law for the aforementioned conduct, negligence and fault of **HMSHOST CORPORATION and/or SMOOTHIE KING** and, upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show:

(a).

**HMSHOST CORPORATION and/or SMOOTHIE KING** executed an employment agreement, which was in effect at the time of the incident.

(b).

**HMSHOST CORPORATION and/or SMOOTHIE KING** executed a lease agreement, which was in effect at the time of the incident.

(c).

At the time of the incident, **HMSHOST CORPORATION and/or SMOOTHIE KING** was a food retailer for compensation.

(c).

**SMOOTHIE KING** leased the **SMOOTHIE KING** premise for the purpose of food distribution for compensation.

(d)

At the time of the incident, **Employee(s)** was the employee of the **HMSHOST CORPORATION and/or SMOOTHIE KING** premise maintaining property that operating under lease.

(e).

At the time of the incident, **Employee(s)** was the employee of the **HMSHOST CORPORATION and/or SMOOTHIE KING** premise maintaining property for compensation pursuant to the lease and employment agreement.



Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

(f).

**HMSHOST CORPORATION and/or SMOOTHIE KING** assumed exclusive possession, control, and use of the **HMSHOST CORPORATION and/or SMOOTHIE KING** premise at the time of the incident, as stated in the lease.

(g).

**HMSHOST CORPORATION and/or SMOOTHIE KING** assumed complete responsibility of the operation of the **HMSHOST CORPORATION and/or SMOOTHIE KING** premise at the time of the incident, as stated in the lease.

19.

Upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show that the above-described injuries were substantially and proximately caused by the negligence and fault of defendant, **HMSHOST CORPORATION and/or SMOOTHIE KING**, in the following, non-exclusive, particulars, to wit: in negligent hiring of defendant, **Employee(s)**; in negligently supervising defendant, **Employee(s)**; in failing to properly train defendant, **Employee(s)**; in failing to maintain the vehicle in proper working condition; and any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of its duty to exercise due care.

20.

Upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show that Defendant, **HARTFORD FIRE INSURANCE COMPANY**, issued a policy of automobile liability insurance to **HMSHOST CORPORATION** which was in effect at the time of the incident in question (hereinafter referred to as the "**HARTFORD FIRE INSURANCE COMPANY Policy**").


Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

21.

Upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show that Defendant, **X INSURANCE COMPANY**, issued a policy of automobile liability insurance to **SMOOTHIE KING** which was in effect at the time of the incident in question (hereinafter referred to as the "**X INSURANCE COMPANY Policy**").

22.

Upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show that under the terms of the **HARTFORD FIRE INSURANCE COMPANY Policy and/or X INSURANCE COMPANY Policy, HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY** is required to pay all sums that **HMSHOST CORPORATION and/or SMOOTHIE KING** legally must pay as a result of the incident in question.

23.

Upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show that **HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY** has violated LSA-R.S. 22:1892(A)(3) and is, therefore, subject to penalties and attorney's fees as provided in LSA-R.S. 22:1892(B)(1) and:

(a).

A.   **HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY** received notification of bodily injury sustained by the **ASHLEY BENNETT**.

(b).

A.   **HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY** did not initiate loss adjustment of **ASHLEY BENNETT**'s bodily injury claim after notification of bodily injury by **ASHLEY BENNETT**.


Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

24.

Upon knowledge, information, and belief, Petitioner alleges that after a reasonable opportunity for further investigation or discovery, the evidence will show that **A. HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY** has violated LSA-R.S. 22:1892(A)(4) and is, therefore, subject to penalties and attorney's fees as provided in LSA-R.S. 22:1892(B)(1) and:

(a).

**A. HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY** did not make a written offer to settle **ASHLEY BENNETT's** bodily claim within thirty (30) days of actual or constructive knowledge and/or notification of the following:

   a. **ASHLEY BENNETT** was insured by a policy of liability insurance at the time of the incident;

   b. The fault of **HMSHOST CORPORATION and/or SMOOTHIE KING** in causing the incident; and

   c. Bodily injury by **ASHLEY BENNETT**.

(b).

In the alternative, **ASHLEY BENNETT** avers that **HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY** needlessly failing to conduct a timely and reasonable investigation and needlessly failing to take timely substantive and affirmative steps to accumulate the facts necessary to obtain this information.

(c).

**A. HARTFORD FIRE INSURANCE COMPANY's and/or X INSURANCE COMPANY's** failures, as specified above, were without probable cause.

25.

**WHEREFORE PETITIONER PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the petitioner, **ASHLEY BENNETT**, and against the defendants, **HARTFORD FIRE INSURANCE COMPANY and/or X INSURANCE COMPANY HMSHOST CORPORATION and/or SMOOTHIE KING**, and **EMPLOYEE(s)**, jointly, severally, and in solido for compensatory damages in an amount that will fully and adequately satisfy the demands of


Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

**PETITIONER FURTHER PRAYS** that if it is found that **HARTFORD FIRE INSURANCE COMPANY, X INSURANCE COMPANY, HMSHOST CORPORATION and/or SMOOTHIE KING, and EMPLOYEE(s)** violated any of the aforementioned provisions, there be judgment in favor of the petitioner, **ASHLEY BENNETT,** and against the defendants, **HARTFORD FIRE INSURANCE COMPANY, X INSURANCE COMPANY, HMSHOST CORPORATION and/or SMOOTHIE KING,** for additional and punitive damages pursuant to LSA-R.S. 22:1973, penalties pursuant to LSA-R.S. 22:1973 and LSA-R.S. 22:1892, and attorney's fees pursuant to LSA-R.S. 22:1892 in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

**PETITIONER FURTHER PRAYS** for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted:
**THE VIRDURE LAW FIRM**

LATOYA "ELLE" VIRDURE (#37908)
10202 Perkins Rowe, E-160
Baton Rouge, Louisiana 70810
Phone: (225) 205-0453
Facsimile: (225) 286-1513
elle@virdurelaw.com

**PLEASE SERVE FOR THE FOREGOING PETITION FOR DAMAGES TO THE FOLLOWING:**

**HARTFORD FIRE INSURANCE COMPANY,** through its agent for service of process:
Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809

**SMOOTHIE KING,** at its principle place of business:
1 Terminal Dr., Kenner, LA 70062

**HMSHOST CORPORATION,** at its principle place of business:
Corporation Service Company, 450 Laurel St., Baton Rouge, Louisiana 70801

**X INSURANCE COMPANY ,** Unknown at this time

**EMPLOYEE,** Unknown at this time


Certified True and Correct Copy
CertID: 2024062001000

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/20/2024 3:47 PM

EAST BATON ROUGE PARISH  C-749645
Filed Jun 20, 2024 9:45 AM      33
Deputy Clerk of Court
FAX Received Jun 14, 2024

| | |
|---|---|
| ASHLEY BENNETT | DOCKET NO.:    SECTION: |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| SMOOTHIE KING AND/OR SMOOTHIE KING FRANCHISES, INC, HMSHOST CORPORATION, HARTFORD FIRE INSURANCE COMPANY, X INSURANCE COMPANY, AND EMPLOYEE | EAST BATON ROUGE PARISH<br><br>STATE OF LOUISIANA |
| FILED: _____ | _____<br>DEPUTY CLERK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, **ASHLEY BENNETT**, which submits this request for notice and request that pursuant to Louisiana Civil Code of Procedure article 1572, the court provide undersigned counsel with written notice by mail ten (10) days in advance of the date fixed for the trial or hearing of this case, whether on exceptions, motions, rule or on the merits, and pursuant to Louisiana Civil Code of Procedure articles 1913 and 1914, it is requested that undersigned counsel received immediate notice of all interlocutory and final orders and judgments of any exceptions, motions, rules or the trial on the merits in this proceeding.

Respectfully Submitted:
**THE VIRDURE LAW FIRM**

LATOYA "ELLE" VIRDURE (#37908)
10202 Perkins Rowe, E-160
Baton Rouge, Louisiana 70810
Phone: (225) 205-0453
Facsimile: (225) 286-1513
elle@virdurelaw.com



Certified True and Correct Copy
CertID: 2024062001001
East Baton Rouge Parish
Deputy Clerk Of Court
Generated Date: 6/20/2024 3:47 PM

Ex. A-5